NOTE: CHANGES HAVE BEEN
MADE TO THIS DOCUMENT

**F I L E D**
CLERK, U.S. DISTRICT COURT

June 6, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DBE _____ DEPUTY

Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@toddflaw.com
Law Offices of Todd M Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Telephone: (323) 306-4234
Facsimile: (866) 633-0228

JS-6
Link 50

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KARIN KOCHLANI, ZIVA KOCHLANI, on behalf of themselves and all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>GENERAL MOTORS, LLC; DOES 1-10 INCLUSIVE,<br><br>Defendant(s). | Case No.<br><br>2:20-cv-7894-PSG<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiffs' individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees.

///

Respectfully submitted this 3rd Day of June, 2022,

**Law Offices of Todd M. Friedman P.C**
By:   s/Todd M. Friedman
TODD M. FRIEDMAN Esq
Attorney for Plaintiffs


QUINN EMANUEL URQUHART &
SULLIVAN, LLP
By:*/s/ Crystal Nix-Hines*
Crystal Nix-Hines
Attorney for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: June 3, 2022   **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:  _s/ Todd M. Friedman
Todd M. Friedman ESQ.
Attorney for Plaintiffs

1

2

3

4

5    Filed electronically on this 3rd Day of June, 2022, with:

6    Notification sent electronically via the Court's ECF system to:

7    Honorable Judge of the Court

8    United States District Court

9    All Counsel of Record as Recorded On The Electronic Service List.

10

11   This 3rd Day of June, 2022.

12   s/Todd M. Friedman

13   TODD M. FRIEDMAN

14

15                        IT IS SO ORDERED

16                        Dated _____ June 6, 2022 _____

17                        _____
                          United States District Judge

18

19

20

21

22

23

24

25

26

27

28